FILED & ENTERED

AUG 16 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re: Urban Commons LLC, Debtor. | Case No.: 2:21-bk-13523-ER<br>Adv. No.: 2:23-ap-01302-ER |
| Carolyn A Dye, Chapter 7 Trustee,<br>Plaintiff,<br>v.<br>FWREF Nashville Airport, LLC,<br>Defendant. | **ORDER VACATING STATUS CONFERENCE**<br><br>**VACATED STATUS CONFERENCE:**<br><br>Date: August 22, 2023<br>Time: 10:00 a.m.<br>Location: Ctrm. 1568<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The undersigned judge will be retiring from the bench on September 30, 2023. As explained in the Public Notice issued on August 9, 2023 (attached as **Exhibit A** and available on the Court's website at https://www.cacb.uscourts.gov/sites/cacb/files/documents/news/PN%2023-015.pdf), this adversary proceeding will be reassigned to the Hon. Julia W. Brand, effective September 15, 2023.

Based upon the foregoing, and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The Status Conference scheduled for August 22, 2023 at 10:00 a.m. is **VACATED**.
2) Litigation deadlines, as well as the date of a continued Status Conference, will be set by the Hon. Julia W. Brand after the case has been reassigned.

IT IS SO ORDERED.

###

Date: August 16, 2023

Ernest M. Robles
United States Bankruptcy Judge

# Exhibit A—Public Notice



**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

KATHLEEN J. CAMPBELL
Executive Officer
Clerk of Court

## PUBLIC NOTICE

## RE: REASSIGNMENT OF JUDGE ROBLES' CASELOAD EFFECTIVE SEPTEMBER 15, 2023

Effective September 15, 2023, Judge Ernest M. Robles' pending bankruptcy cases and related pending adversary proceedings will be reassigned to Los Angeles Division judges, as specified in the following table:

| Cases Ending in Digit | Reassigned to Judge | Judge's Initials |
|---|---|---|
| 0 | Judge Neil W. Bason | NB |
| 1, 2 | Judge Sheri Bluebond | BB |
| 3 | Judge Julia W. Brand | WB |
| 4 | Judge Sandra R. Klein | SK |
| 5, 6 | Judge Barry Russell | BR |
| 7 | Judge Deborah J. Saltzman | DS |
| 8, 9 | Judge Vincent P. Zurzolo | VZ |

Following the reassignments, the judge's initials at the end of the bankruptcy case and adversary proceeding numbers shall be changed to those to whom the matter was reassigned.

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

23-015 (08/09/23)