**FILED & ENTERED**

NOV 27 2023

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bryant    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>URBAN COMMONS LLC<br><br>                              Debtor(s).<br><br>CAROLYN A DYE,<br><br>                              Plaintiff(s),<br><br>                vs.<br><br>FWREF NASHVILLE AIRPORT, LLC,<br><br>                              Defendant(s). | CASE NO.:   2:21-bk-13523-WB<br>ADV NO.:   2:23-ap-01302-WB<br><br>CHAPTER 7<br><br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date:       January 16, 2024<br>Time:      2:00 PM<br>Place:     255 E. Temple Street<br>               Courtroom 1375<br>               Los Angeles, CA 90012 |

1    **IT IS HEREBY ORDERED** that a status conference in the above-referenced adversary
2    proceeding is set for **January 16, 2024 at 2:00 p.m.**  A status report must be filed in accordance
3    with the Local Bankruptcy Rules.

###

Date: November 27, 2023

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge