| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BASS, BERRY & SIMS PLC<br>Paul G. Jennings (TN BPR # 14367)<br>150 Third Ave. S., Suite 2800<br>Nashville, TN 37201<br>Tel. (615) 742-6200<br>Fax (615) 742-6293<br>pjennings@bassberry.com<br><br><br><br><br>*Attorney for:* FWREF Nashville Airport, LLC | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>URBAN COMMONS LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.:2:21-bk-13523-WB<br>ADVERSARY NO.: 2:23-ap-01302-WB<br>CHAPTER: 7 |
| CAROLYN A. DYE, Chapter 7 Trustee,<br><br><br><br>Plaintiff(s).<br>vs.<br>FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company,<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, Paul G. Jennings _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   FWREF Nashville Airport, LLC

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                   Page 1                                   **F 2090-1.2.APP.NONRES.ATTY**

3.  I am a lawyer with the following law firm (*specify name and address of law firm*):

 Bass, Berry & Sims PLC
 150 Third Ave. South, Suite 2800, Nashville, TN 37201

4.  I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

 See attached

5.  I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California.  I am not currently suspended or disbarred in any court.

6.  I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | | | | |

7.  I ☐ have  ☒ have not   been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

 N/A

 I ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8.  I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9.  I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

 Name of attorney (Designee):

 Andrew W. Caine

 Name and address of law firm, or residence address:

 Pachulski Stang Ziehl & Jones LLP
 10100 Santa Monica Blvd., 13th Floor
 Los Angeles, California 90067

 Telephone number of law firm: 310-277-6910

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 12/1/2023

_____
Signature of applicant

Paul G. Jennings
_____
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 12/4/23

/s/ Andrew W. Caine
_____
Signature of Designee

Andrew W. Caine
_____
Printed name of Designee

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates:

| Court | Admission |
|---|---|
| Tennessee Supreme Court | 10/30/1990 |
| U.S. District Court for the Middle District of Tennessee | 11/13/1990 |
| U.S. District Court of the Eastern District of Tennessee | 4/24/2008 |
| U.S. District Court for the Western District of Tennessee | 12/1/1993 |
| U.S. Court of Appeals for the Fifth Circuit | 8/31/2022 |
| U.S. Court of Appeals for the Sixth Circuit | 5/5/1997 |

 U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Paul Jennings

**Firm Name:** Bass Berry and Sims

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 2:23-ap-01302-ER

**Party Name:** FWREF Nashville Airport, LLC


**Tracking Number:** PHV-231201-000-0381

**Pay.gov Tracking ID:** 279RIMFR

**Amount:** $500

**Date:** 12/1/2023

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖶
print this page for your records.



**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.


| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | | Local Rules |
| Naturalization Ceremony Information | Students | Capital Habeas | |
| Policy For Limited Use of Court Facilities | Payment | Criminal Justice Act (CJA) | |
| | Juror Amenities | Lawyer Representatives | |
| Records Department | Dress Code | Pro Bono | |
| Statistical Reports | Security | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| | Employer Information | Attorney Workroom Copier | |
| | Checking Status / Confirming Reporting Instructions | Password Request | |
| | Certificate of Jury Service | Mileage Rates | |
| | Contact Us | Post-Judgment Interest Rates | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 4, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Andrew W Caine**    acaine@pszjlaw.com
- **Carolyn A Dye (TR)**    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 1, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**<u>Via Federal Express</u>**
Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 4, 2023 | Rolanda Mori | /s/ *Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:350830.1 10814/001