| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine  SBN 110345<br>Jeffrey P. Nolan SBN 193425<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone:  (310) 277-6910<br>Facimisle:  (310) 201-0760<br>Email:  acaine@pszjlaw.com<br><br>☒ *Attorney for*: FWREF Nashville Airport, LLC | **FILED & ENTERED**<br><br>**DEC 11 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>URBAN COMMONS<br><br>                                                      Debtor(s)<br><br>CAROLYN A. DYE, Chapter 7 Trustee<br><br>                                                      Plaintiff(s)<br><br>vs.<br><br>FWREF NASHVILLE AIRPORT, LLC, etc.<br><br>                                                      Defendant(s) | CASE NO.: 2:21-bk-13523 JWB<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 1:23-ap-1302-JWB<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Paul G. Jennings

//

//

//

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                              F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: December 11, 2023

Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY