| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine SBN 110345<br>Jeffrey P. Nolan SBN 193425<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: acaine@pszjlaw.com<br><br>☒ *Attorney for*: FWREF Nashville Airport, LLC | **FILED & ENTERED**<br><br>**DEC 13 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>URBAN COMMONS<br><br>Debtor(s)<br><br>CAROLYN A. DYE, Chapter 7 Trustee<br><br>Plaintiff(s)<br><br>FWREF NASHVILLE AIRPORT, LLC, etc.<br><br>Defendant(s) | CASE NO.: 2:21-bk-13523 JWB<br>CHAPTER: 7<br>ADVERSARY NO.: **2** ~~1~~:23-ap-1302-JWB<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒  The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Sarah B. Miller

//

//

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                              F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: December 13, 2023

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                   F 2090-1.2.ORDER.NONRES.ATTY