United States Bankruptcy Court

Central District of California

Dye,
    Plaintiff

Adv. Proc. No. 23-01302-WB

FWREF Nashville Airport, LLC, a Delaware,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403-5470 |
| dft | + FWREF Nashville Airport, LLC, a Delaware limited l, Fairwood Capital Real Estate Fund, LP, 1000 Ridgeway Loop Road, Suite 203, Memphis, TN 38120-4049 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W Caine | on behalf of Defendant FWREF Nashville Airport LLC, a Delaware limited liability company acaine@pszjlaw.com |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | on behalf of Defendant FWREF Nashville Airport LLC, a Delaware limited liability company jnolan@pszjlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| United States Trustee (LA) | |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf031 | Total Noticed: 2 |

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine  SBN 110345<br>Jeffrey P. Nolan SBN 193425<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone:  (310) 277-6910<br>Facimisle:  (310) 201-0760<br>Email:  acaine@pszjlaw.com<br><br>☒ *Attorney for*: FWREF Nashville Airport, LLC | **FILED & ENTERED**<br><br>DEC 11 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
|---|---|
| In re:<br>URBAN COMMONS<br><br>                                                                                   Debtor(s)<br><br>CAROLYN A. DYE, Chapter 7 Trustee<br><br>                                                                                   Plaintiff(s)<br>vs.<br><br>FWREF NASHVILLE AIRPORT, LLC, etc.<br><br>                                                                                   Defendant(s) | CASE NO.: 2:21-bk-13523 JWB<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 1:23-ap-1302-JWB<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*): Paul G. Jennings

//

//

//

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                    F 2090-1.2.ORDER.NONRES.ATTY

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

###

Date: December 11, 2023

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*     F 2090-1.2.ORDER.NONRES.ATTY