United States Bankruptcy Court
Central District of California

Dye,
    Plaintiff

Adv. Proc. No. 23-01302-WB

FWREF Nashville Airport, LLC, a Delaware,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | FWREF Nashville Airport, LLC, a Delaware limited l, Fairwood Capital Real Estate Fund, LP, 1000 Ridgeway Loop Road, Suite 203, Memphis, TN 38120-4049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Dec 03 2024 00:55:00 | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W Caine | on behalf of Defendant FWREF Nashville Airport LLC, a Delaware limited liability company acaine@pszjlaw.com |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 02, 2024 | Form ID: pdf031 | Total Noticed: 2 |

on behalf of Defendant FWREF Nashville Airport  LLC, a Delaware limited liability company jnolan@pszjlaw.com

Leonard Pena

on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

```
1  LEONARD PEÑA (State Bar No. 192898)
   lpena@penalaw.com
2  PEÑA & SOMA, APC
3  479 South Marengo Ave.
   Pasadena, California 91101
4  Telephone (626) 396-4000
   Facsimile (626) 498-8875
5
6  Counsel for Plaintiff,
   Carolyn A. Dye, Chapter
7  7 Trustee
```

**FILED & ENTERED**

**DEC 02 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC<br><br>―――――――――――――――――――<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>      Plaintiff,<br><br>v.<br><br>FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company<br><br>      Defendant. | Case No. 2:21-bk-13523 WB<br>Chapter 7<br><br>Adv. No. 2:23-ap-01302 WB<br><br>ORDER APPROVING STIPULATION EXTENDING DISCOVERY DEADLINE AND CONTINUING PRETRIAL CONFERENCE<br><br><u>Pretrial Conference Hearing:</u><br>Date:  December 3, 2024<br>Time:  2:00 PM<br>Place: 255 E. Temple St.<br>       Los Angeles CA 90012<br>Ctrm:  1375 |

    The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant FWREF Nashville Airport, LLC continuing pretrial conference ("Stipulation") filed on December 2, 2024 as docket number 32 was duly presented to the court.

-1-

For good cause appearing, it is ORDERED that, the Stipulation and all its terms are approved, the discovery deadline is extended to and including January 30, 2025 and the pretrial conference is rescheduled to **_February 11_**, 2025 at **_2:00 p.m_**. **_The hearing set for December 3, 2024 at 2:00 p.m. is off calendar._**

###

Date: December 2, 2024

*[signature: Julia W Brand]*

Julia W. Brand
United States Bankruptcy Judge

-2-