Andrew W. Caine (State Bar No. 110345)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:  acaine@pszjlaw.com
        jnolan@pszjlaw.com

Attorneys for Defendant,
FWREF Nashville Airport, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-13523-ER |
| URBAN COMMONS, LLC, | Chapter 7 |
| | Adv. No.: 2:23-ap-01302-ER |
| Debtor. | **PROOF OF SERVICE OF DOCUMENT** |
| CAROLYN A. DYE, Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | |
| FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company, | |
| Defendant. | |

LA:4929-5733-0706.1 23949.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **ORDER TO SHOW CAUSE REGARDING HOWARD WU'S CONTEMPT OF SUBPOENA TO PRODUCE DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Andrew W Caine**    acaine@pszjlaw.com
- **Carolyn A Dye (TR)**    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Leonard Pena**    lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 24, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Howard Wu
13600 Bayliss Road,
Los Angeles, CA 90049-1815

Howard Wu
14635 Whitfield Ave.,
Pacific Palisades, CA 90272-2645

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**

Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2025 | Rolanda Mori | /s/ *Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

LA:4904-1610-5234.1 10814.001

**3. SERVED BY PERSONAL DELIVERY**

Howard Wu
20683 Sunset Cir.
Walnut, CA 91789-1940

Howard Wu
1301 Linda Flora Dr.
Los Angeles, CA 90049-1733

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
Andrew B. Holmes, Esq.
c/o Criminal Counsel for Howard Wu
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
LA:4904-1610-5234.1 10814.001