United States Bankruptcy Court

Central District of California

Dye,
    Plaintiff

Adv. Proc. No. 23-01302-WB

FWREF Nashville Airport, LLC, a Delaware,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | FWREF Nashville Airport, LLC, a Delaware limited l, Fairwood Capital Real Estate Fund, LP, 1000 Ridgeway Loop Road, Suite 203, Memphis, TN 38120-4049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Jan 23 2025 01:07:00 | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W Caine | on behalf of Defendant FWREF Nashville Airport  LLC, a Delaware limited liability company acaine@pszjlaw.com |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 22, 2025 | Form ID: pdf031 | Total Noticed: 2 |

on behalf of Defendant FWREF Nashville Airport  LLC, a Delaware limited liability company jnolan@pszjlaw.com

Leonard Pena
on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

Andrew W. Caine (CA Bar No. 110345)
acaine@pszjlaw.com
Jeffrey P. Nolan (CA Bar No. 158923)
jnolan@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Paul G. Jennings (*admitted pro hac vice*)
Sarah B. Miller (*admitted pro hac vice*)
BASS, BERRY & SIMS PLC
150 Third Ave. S., Suite 2800
Nashville, Tennessee 37201
Telephone: 615-742-6200
Facsimile: 615-742-6293
Email: pjennings@bassberry.com
smiller@bassberry.com

Attorneys for FWREF Nashville Airport, LLC

**FILED & ENTERED**

**JAN 22 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Urban Commons,<br><br>　　　　Debtor. | Case No. 2:21-bk-13523-~~JW~~B<br><br>Chapter 7<br><br>Adv No. 23-01302-~~J~~WB |
| CAROLYN A. DYE, Chapter 7 Trustee,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FWREF NASHVILLE AIRPORT, LLC, etc.,<br><br>　　　　Defendant. | **ORDER TO SHOW CAUSE REGARDING HOWARD WU'S CONTEMPT OF SUBPOENA TO PRODUCE DOCUMENTS**<br><br>**JURY DEMAND**<br><br>Hearing:<br>Date:　　***March 25, 2025***<br>Time:　　***2:00 p.m.***<br>Courtroom: 1375<br>　　　　Edward R. Roybal Federal Bldg.<br>　　　　and U.S. Courthouse<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA  90012<br><br>Judge:　Honorable Julia W. Brand |

4926-6485-0705.2 23949.001

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, AND TO HOWARD WU AND HIS COUNSEL:**

On June 16, 2024, Defendant FWREF Nashville Airport, LLC ("FWREF") filed its Motion for Order to Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents (the "Motion") [Dkt. No. 23].

On January 14, 2025, the Motion being duly set for hearing and no opposition being received, and upon consideration of the Motion and all papers and evidence submitted in support thereof, and for good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Howard Wu shall appear before the Court at the above-referenced date, time, and location set forth in the caption and show cause as to why the Court should not enter an order:

   a. Adjudging Wu to be in civil contempt of court for his failure to comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) served on him on February 7, 2024, in the above-captioned case (the "Subpoena");

   b. Compelling Wu to produce the documents requested in the Subpoena no later than **February 24, 2025** ~~___ days from entry of this Order~~;

   c. Awarding FWREF its reasonable attorney's fees and costs it has incurred in bringing the present Motion.

2. On or before **March 11**, 2025, Wu must show cause by filing and serving a written explanation, if there is an explanation, why he should not be held in contempt for the allegedly contemptuous conduct set forth in paragraph one hereof and the Motion;

3. On or before **March 18**, 2025, FWREF may file and serve a response to Wu's written explanation of why he should not be held in contempt.

4.   FWREF shall serve a copy of this order on Wu **by January 24, 2025** ~~not later than 21 days before the date set for the hearing~~.  FWREF shall use reasonable efforts to serve this order on Wu personally.

**IT IS SO ORDERED.**

# # #

Date: January 22, 2025

Julia W. Brand
United States Bankruptcy Judge

4926-6485-0705.2 23949.001                                  3