Andrew W. Caine (CA Bar No. 110345)
acaine@pszjlaw.com
Jeffrey P. Nolan (CA Bar No. 158923)
jnolan@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Defendant, FWREF Nashville Airport, LLC

**FILED & ENTERED**

**MAR 28 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>URBAN COMMONS, LLC,<br><br>    Debtor.<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company,<br><br>    Defendant. | Case No. 2:21-bk-13523-WB<br><br>Chapter 7<br><br>Adv No. 2:23-ap-01302-WB<br><br>**ORDER TO HOLD HOWARD WU IN CONTEMPT OF SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Date:    March 25, 2025<br>Time:    2:00 p.m.<br>Crtrm.:   1375<br>         Edward R. Roybal Federal Bldg. &<br>         U.S. Courthouse<br>         255 E. Temple Street,<br>         Los Angeles, CA  90012<br><br>Judge:   Julia W. Brand |

On June 14, 2024, Defendant, FWREF Nashville Airport, LLC ("FWREF") filed its Motion for Order to Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents (the "Motion") [Docket No. 23].

On December 2, 2024, FWREF filed a Notice of Hearing on Defendant's Motion For Order To Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents [Docket No. 33].

4927-0243-5883.2 23949.001

On January 22, 2025, the court entered the Order to Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents ("OSC Order") [Docket No. 37]. Based on the failure to respond and/or produce documents responsive to the subpoena, and instructions from the Court, Howard Wu has disregarded the deadlines set forth by the Court in the Court's OSC Order.

Upon consideration of the Motion and all papers and evidence submitted in support of thereto, and for good cause shows,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Howard Wu is adjudged to be in civil contempt of court for his failure to comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding);

2. Awarding FWREF its reasonable attorney's fees and costs it has incurred in bringing and serving the Motion and related papers on noticed motion pursuant to LBR 9013-(o)(1) to be filed not later than 30 days from entry of this Order; and

3. The Court shall retain jurisdiction to enforce the terms of this Order.

###

Date: March 28, 2025

Julia W. Brand
United States Bankruptcy Judge