United States Bankruptcy Court
Central District of California

Dye,
    Plaintiff

Adv. Proc. No. 23-01302-WB

FWREF Nashville Airport, LLC, a Delaware,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | FWREF Nashville Airport, LLC, a Delaware limited l, Fairwood Capital Real Estate Fund, LP, 1000 Ridgeway Loop Road, Suite 203, Memphis, TN 38120-4049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: trustee@cadye.com | Mar 29 2025 00:37:00 | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew W Caine | on behalf of Defendant FWREF Nashville Airport  LLC, a Delaware limited liability company acaine@pszjlaw.com |
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jeffrey P Nolan | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 28, 2025 | Form ID: pdf031 | Total Noticed: 2 |

on behalf of Defendant FWREF Nashville Airport  LLC, a Delaware limited liability company jnolan@pszjlaw.com

Leonard Pena

on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

Andrew W. Caine (CA Bar No. 110345)
acaine@pszjlaw.com
Jeffrey P. Nolan (CA Bar No. 158923)
jnolan@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760

Attorneys for Defendant, FWREF Nashville Airport, LLC

**FILED & ENTERED**

**MAR 28 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>URBAN COMMONS, LLC,<br><br>Debtor.<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-bk-13523-WB<br><br>Chapter 7<br><br>Adv No. 2:23-ap-01302-WB<br><br>**ORDER TO HOLD HOWARD WU IN CONTEMPT OF SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Date: March 25, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 1375<br>Edward R. Roybal Federal Bldg. & U.S. Courthouse<br>255 E. Temple Street,<br>Los Angeles, CA 90012<br><br>Judge: Julia W. Brand |

On June 14, 2024, Defendant, FWREF Nashville Airport, LLC ("FWREF") filed its Motion for Order to Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents (the "Motion") [Docket No. 23].

On December 2, 2024, FWREF filed a Notice of Hearing on Defendant's Motion For Order To Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents [Docket No. 33].

4927-0243-5883.2 23949.001

On January 22, 2025, the court entered the Order to Show Cause Regarding Howard Wu's Contempt of Subpoena to Produce Documents ("OSC Order") [Docket No. 37]. Based on the failure to respond and/or produce documents responsive to the subpoena, and instructions from the Court, Howard Wu has disregarded the deadlines set forth by the Court in the Court's OSC Order.

Upon consideration of the Motion and all papers and evidence submitted in support of thereto, and for good cause shows,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Howard Wu is adjudged to be in civil contempt of court for his failure to comply with the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Or Adversary Proceeding);

2. Awarding FWREF its reasonable attorney's fees and costs it has incurred in bringing and serving the Motion and related papers on noticed motion pursuant to LBR 9013-(o)(1) to be filed not later than 30 days from entry of this Order; and

3. The Court shall retain jurisdiction to enforce the terms of this Order.

###

Date: March 28, 2025

/s/ Julia W. Brand
Julia W. Brand
United States Bankruptcy Judge

4927-0243-5883.2 23949.001                    2