```
 1  LEONARD PEÑA (State Bar No. 192898)
    lpena@penalaw.com
 2  PEÑA & SOMA, APC
 3  479 South Marengo Ave.
    Pasadena, California 91101
 4  Telephone (626) 396-4000
    Facsimile (626) 498-8875
 5
 6  Counsel for Plaintiff,
    Carolyn A. Dye, Chapter
 7  7 Trustee
```



**FILED & ENTERED**

**APR 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-13523 WB |
| URBAN COMMONS, LLC | Chapter 7 |
| | Adv. No. 2:23-ap-01302 WB |
| CAROLYN A. DYE, Chapter 7 Trustee, | ORDER APPROVING STIPULATION CONTINUING PRETRIAL CONFERENCE |
| Plaintiff, | <u>Pretrial Conference Hearing:</u> |
| v. | Date: April 15, 2025<br>Time: 2:00 PM |
| FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company | Place: 255 E. Temple St.<br>       Los Angeles CA 90012<br>Ctrm: 1375 |
| Defendant. | |

    The Stipulation By Plaintiff Carolyn A. Dye, Chapter 7 Trustee and Defendant FWREF Nashville Airport, LLC continuing pretrial conference ("Stipulation") filed on April 14, 2025 as docket number 48 was duly presented to the court.

For good cause appearing, it is ORDERED that, the pretrial conference is rescheduled to *June 17*, 2025 *at 2:00 p.m.*

###

Date: April 14, 2025

/s/ Julia W Brand
Julia W. Brand
United States Bankruptcy Judge