| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Andrew W. Caine (CA Bar No. 110345)<br>acaine@pszjlaw.com<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>jnolan@pszjlaw.com<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Defendant, FWREF Nashville Airpot, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRIBUTION OF CALIFORNIA -    LOS ANGELES**

| In re:<br><br>Urban Commons, LLC<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-13523-WB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:23-ap-01302-WB |
|---|---|
| Carloyn A. Dye, Chapter 7 Trustee,<br><br><br><br>Plaintiff(s),<br>vs.<br>FWREF Nashville Airport, LLC, a Delaware limited liability company,<br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]):<br>Motion For Attorneys Fees And Costs Against Howard Wu For Failure To Comply With Court Order |

PLEASE TAKE NOTE that the order or judgment titled  Order To Award Defendant Reasonable Fees And Costs

was lodged on (*date*) __04/30/2025__ and is attached.  This order relates to the motion which is docket number 51.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1                                              **F 9021-1.2.ADV.NOTICE.LODGMENT**

Andrew W. Caine (CA Bar No. 110345)
acaine@pszjlaw.com
Jeffrey P. Nolan (CA Bar No. 158923)
jnolan@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760

Attorneys for Defendant, FWREF Nashville Airport, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>URBAN COMMONS, LLC,<br><br>Debtor.<br><br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-bk-13523-WB<br><br>Chapter 7<br><br>Adv No. 2:23-ap-01302-WB<br><br>**[PROPOSED] ORDER TO AWARD DEFENDANT REASONABLE FEES AND COSTS**<br><br>Judge: Hon. Julia W. Brand |

On March 28, 2025, the court entered the Order to Hold Howard Wu in Contempt of Subpoena To Produce Documents and Award FWREF its Reasonable Awarding Fees and Costs ("OSC Order") [Docket No. 46], based on the repeated failures to respond and/or produce documents responsive to the subpoena and instructions from the Court.

Upon consideration of the Motion, and all papers and evidence submitted in support of thereto, after due deliberation, and for good cause shown,
4927-0243-5883.2 23949.001

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in its entirety

2. Defendant is awarded its reasonable attorneys' fees and costs in the amount $15,766.37 as against Howard Wu, individually.

3. The Court shall retain jurisdiction to enforce the terms of this Order.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___04/30/2025___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Andrew W Caine acaine@pszjlaw.com
Carolyn A Dye (TR) trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
Jeffrey P Nolan jnolan@pszjlaw.com Leonard Pena lpena@penalaw.com, penasomaecf@gmail.com; penalr72746@notify.bestcase.com    United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___04/30/2025___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Howard Wu
14635 Whitfield Ave.,
Pacific Palisades, CA 90272-2645

Howard Wu
13600 Bayliss Road,
Los Angeles, CA 90049-1815

Howard Wu
20683 Sunset Cir.
Walnut, CA 91789-1940

Howard Wu
1301 Linda Flora Dr.
Los Angeles, CA 90049-1733

HOLMES, ATHEY, COWAN & MERMELSTEIN LLP
Andrew B. Holmes, Esq.
c/o Civil Counsel for Howard Wu
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Federal Express**
Hon. Julia W. Brand
United States Bankruptcy Court
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/25 | Osamu Adler | /s/ Osamu Adler |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**