**FILED & ENTERED**

MAY 06 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>URBAN COMMONS, LLC,<br>                    Debtor(s). | Case No. 2:21-bk-13523-WB<br>Adv. No. 2:23-ap-01302-WB<br><br>Chapter 7 |
| CAROLYN A. DYE, Chapter 7 Trustee,<br>                    Plaintiff(s),<br><br>vs.<br><br>FWREF NASHVILLE AIRPORT, LLC, a Delaware limited liability company.<br>                  Defendant(s). | **ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:     June 17, 2025<br>Time:    2:00 p.m.<br>Courtroom: 1375<br><br><u>Continued hearing:</u><br>Date:     June 24, 2025<br>Time:    2:00 p.m.<br>Courtroom: 1375 |

//
//
//

-1-

IT IS HEREBY ORDERED that the pretrial conference in the above-referenced adversary proceeding is continued from June 17, 2025 at 2:00 p.m. to June 24, 2025 at 2:00 p.m.

###

Date: May 6, 2025

Julia W. Brand
United States Bankruptcy Judge

-2-